Dismissed and Memorandum Opinion filed March 12, 2009








Dismissed
and Memorandum Opinion filed March 12, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00205-CV

____________

 

SUVOBRATA ASTEVE@ SAHA

and RICHARD MARTIN, Appellants

 

V.

 

ANAPURNA MALLEABLES PRIVATE LTD., 

VINDHYA VASINI OVERSEAS PRIVATE
LTD.

and SHREE LALITA GREENLAND PRIVATE
LTD., Appellees

 



 

On Appeal from the
133rd District Court

Harris County, Texas

Trial Court Cause No. 2006-17157

 



 

M E M O R A N D U M   O P I N I O N








This is
an appeal from a judgment signed October 27, 2008.  On February 27, 2009, appellants
Suvobrata
ASteve@ Saha and Richard Martin filed a motion to
dismiss their appeals because they have settled their claims against
appellees.  See Tex. R. App. P.
42.1.  The motion is granted.  By separate order, this appeal was
severed from the appeal filed by Saiful ABob@ Karim under appellate case number,
14-09-00112-CV, which will now be styled  Saiful ABob@ Karim v. Anapurna
Malleables Private Ltd., Vindhya Vasini Overseas Private Ltd., and Shree Lalita
Greenland Private Ltd.  The appeal
filed under number 14-09-00112-CV remains pending before this Court.  

Accordingly,
this appeal, filed by appellants Suvobrata ASteve@ Saha and Richard Martin, is ordered
dismissed.

 

PER
CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore.